UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ORGANIC SOLUTION MANAGEMENT LLC, | Case No.: 3:21-cv-00996-BEN-BLM |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| QUANTITATIVE BIOSCIENCES, INC., | |
| Defendant. | **[ECF No. 4]** |

Plaintiff Organic Solution Management LLC and Defendant Quantitative Biosciences, Inc. filed a Joint Motion for Extension of Time to Respond to the Complaint (the "Joint Motion"). ECF No. 4. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendant shall file its responsive pleading on or before July 6, 2021.

**IT IS SO ORDERED.**

Dated: June 2, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge